JANUARY 21, 1952

No. 56304.—SUIT 4677.—United States *v.* Hensel, Bruckmann & Lorbacher, Inc.—
Reap. Dec. 7949 affirmed November 7, 1951. C. A. D. 468.

BEFORE THE FIRST DIVISION, JANUARY 28, 1952

No. 56305.—Forstner Chain Corp. and Henry L. Goetz *v.* United States, protests 173997–K and 173876–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 56306.—Hudson Shipping Company, Inc., et al. *v.* United States, protests 175738–K (B), etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 56307.—Dale Products Corp. et al. *v.* United States, protests 176928–K (B), etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 56308.—Dreher Bros. & Wider, Inc., and Wm. V. Schmidt Co.. Inc. *v.* United States, protests 177485–K and 177461–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.